United States District Court
Southern District of Texas
**ENTERED**
July 06, 2016
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANTHONY D. CANAAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-15-3533 |
| | § | |
| AT&T/SOUTHWESTERN BELL | § | |
| TELEPHONE, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

The plaintiff, Anthony D. Canaan, filed a notice of settlement and a motion to dismiss.

(Docket Entry Nos. 46 and 47). The motion is granted. This case is dismissed, with prejudice.

This is a final judgment.

SIGNED on July 6, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge